IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF CHICAGO,<br><br>      *Plaintiff*,<br><br>vs.<br><br>ALEX M. AZAR, II, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,<br><br>      *Defendants*. | Case No. 1:20-cv-1566 (TJK) |

## NOTICE OF FILING OF PROOF OF SERVICE

Plaintiff, the City of Chicago, by counsel, respectfully submits the attached Declaration of Gilbert Orbea as proof that service of process in the above-captioned manner has been effectuated on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants Alex M. Azar, II, in his official capacity as Secretary of the United States Department of Health and Human Services, Seema Verma, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services, and the United States Department of Health and Human Services and Centers for Medicare and Medicaid Services.

Dated: June 19, 2020

                                              Respectfully submitted,

                                              */s/ John T. Lewis*
                                              John T. Lewis (D.C. Bar No. 1033826)
                                              Robin F. Thurston (D.C. Bar No. 1531399)
                                              Benjamin Seel (D.C. Bar No. 1035286)
                                              Sean A. Lev (D.C. Bar No. 449936)
                                              DEMOCRACY FORWARD FOUNDATION
                                              1333 H Street NW
                                              Washington, DC 20005

(202) 448-9090
jlewis@democracyforward.org
rthurston@democracyforward.org
bseel@democracyforward.org
slev@democracyforward.org

Mark A. Flessner
Stephen J. Kane
Rebecca Hirsch
Affirmative Litigation Division
City of Chicago Department of Law
121 N. LaSalle St., Room 600
Chicago, IL 60602
mark.flessner@cityofchicago.org
stephen.kane@cityofchicago.org
rebecca.hirsch2@cityofchicago.org

*Counsel for Plaintiff*