IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF CHICAGO,<br><br>*Plaintiff*,<br><br>vs.<br><br>ALEX M. AZAR, II, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,<br><br>*Defendants*. | Case No. 1:20-cv-1566 (TJK) |

## DECLARATION OF GILBERT ORBEA

I, Gilbert Orbea, declare as follows:

1. My name is Gilbert Orbea. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. On June 15, 2020, Plaintiff, the City of Chicago, by counsel, initiated the above-captioned matter in the U.S. District Court for the District of Columbia. That same day, I served summonses and copies of the complaint by Certified U.S. Mail on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants Alex M. Azar, II, in his official capacity as Secretary of the United States Department of Health and Human Services, Seema Verma, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services, and the United States Department of Health and Human Services and Centers for Medicare and Medicaid Services.

3. Although the summonses and copies of the complaint were sent by overnight mail, there was a delay in processing the mailing through the postal service.

4. According to the U.S. Postal Service Track and Confirm Sheet ("U.S.P.S. Tracking"), copies of the complaint and summons were delivered to the Civil Process Clerk at the Office of the U.S. Attorney for the District of Columbia, 555 4th Street NW, Washington, DC 20530, on June 19, 2020.

5. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Attorney General at the U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530 on June 19, 2020.

6. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to Alex M. Azar, II, at the Department of Health and Human Services, 200 Independence Ave SW, Washington, DC 20201 on June 18, 2020.

7. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the Department of Health and Human Services, 200 Independence Ave SW, Washington, DC 20201 on June 19, 2020.

8. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to Seema Verma, at the Centers for Medicare and Medicaid Services, 7500 Security Blvd, Baltimore, MD 21244 on June 18, 2020.

9. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the Centers for Medicare and Medicaid Services, 7500 Security Blvd, Baltimore, MD 21244 on June 18, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2020 in Washington, DC.

*/s/ Gilbert Orbea*
Gilbert Orbea