# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF CHICAGO,<br><br>          *Plaintiff*,<br><br>     v.<br><br>ALEX M. AZAR, II, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>          *Defendants.* | Case No. 1:20-cv-1566-TJK |

## NOTICE OF APPEARANCE

Please take notice that Sean A. Lev hereby enters his appearance as counsel for Plaintiff in the above-captioned matter.

Dated: June 22, 2020                                                    Respectfully submitted,

*/s/ Sean A. Lev*
Sean A. Lev (D.C. Bar No. 449936)
John T. Lewis (D.C. Bar No. 1033826)
Robin F. Thurston (D.C. Bar No. 1531399)
Benjamin Seel (D.C. Bar No. 1035286)
DEMOCRACY FORWARD FOUNDATION
1333 H Street NW
Washington, DC 20005

*Counsel for Plaintiff*