**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITY OF CHICAGO,<br><br>   *Plaintiff*,<br><br> v.<br><br>ALEX M. AZAR, II, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>   *Defendants.* | Case No. 1:20-cv-1566-TJK |

**<u>NOTICE OF APPEARANCE</u>**

  Please take notice that Robin F. Thurston hereby enters her appearance as counsel for Plaintiff in the above-captioned matter.

Dated: June 22, 2020              Respectfully submitted,

                       */s/ Robin F. Thurston*
                       Robin F. Thurston (D.C. Bar No. 1531399)
                       Benjamin Seel (D.C. Bar No. 1035286)
                       Sean A. Lev (D.C. Bar No. 449936)
                       John T. Lewis (D.C. Bar No. 1033826)
                       DEMOCRACY FORWARD FOUNDATION
                       1333 H Street NW
                       Washington, DC 20005

                       *Counsel for Plaintiff*