**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITY OF CHICAGO,<br><br>      *Plaintiff*,<br><br>   v.<br><br>ALEX M. AZAR, II, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>      *Defendants*. | Case No. 1:20-cv-1566-TJK |

## NOTICE OF APPEARANCE

Please take notice that Benjamin Seel hereby enters his appearance as counsel for Plaintiff in the above-captioned matter.

Dated: June 22, 2020                                  Respectfully submitted,

                                                           */s/ Benjamin Seel*
                                                           Benjamin Seel (D.C. Bar No. 1035286)
                                                           Sean A. Lev (D.C. Bar No. 449936)
                                                           John T. Lewis (D.C. Bar No. 1033826)
                                                           Robin F. Thurston (D.C. Bar No. 1531399)
                                                           DEMOCRACY FORWARD FOUNDATION
                                                           1333 H Street NW
                                                           Washington, DC 20005

                                                           *Counsel for Plaintiff*