IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF CHICAGO,<br><br>   *Plaintiff*,<br><br>  vs.<br><br>ALEX M. AZAR, II, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,<br><br>   *Defendants*. | Case No. 1:20-cv-1566 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of June 18, 2020, the parties respectfully submit this joint status report. The parties have agreed to convert Plaintiff's Motion for a Preliminary Injunction or, in the Alternative, Expedited Summary Judgment, into a Motion for Summary Judgment. *See* Fed. R. Civ. P. 65(a)(2). The parties have further agreed to, and hereby jointly propose, the following schedule to the Court.

- Any amicus briefs in support of Plaintiff will be due by **June 22, 2020**.

- Defendants' combined opposition to Plaintiff's motion and cross-motion for summary judgment, as well as the administrative record, will be due by **July 20, 2020**.

- Any amicus briefs in support of Defendants will be due by **July 24, 2020**.

- Plaintiff's combined reply in support of its motion and opposition to Defendants' cross-motion will be due by **July 27, 2020**.

- Defendants' reply in support of its cross-motion will be due by **August 3, 2020**.

- Oral argument to be held as soon as possible thereafter, should the Court deem it useful and at the Court's convenience.

- Defendants' obligation to answer is deferred pending resolution of the parties' cross-motions for summary judgment.

The parties believe that this schedule provides the most efficient means of resolving Plaintiff's claims.

<div style="display: flex;">
<div>

Dated: June 22, 2020

JOSEPH H. HUNT
Assistant Attorney General

*/s/ Eric Beckenhauer*
Eric B. Beckenhauer
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
(202) 514-3338
(202) 616-8470 (fax)
eric.beckenhauer@usdoj.gov

*Counsel for Defendants*

</div>
<div>

Respectfully submitted,

*/s/ John T. Lewis*
John T. Lewis (D.C. Bar No. 1033826)
Robin F. Thurston (D.C. Bar No. 1531399)
Benjamin Seel (D.C. Bar No. 1035286)
Sean A. Lev (D.C. Bar No. 449936)
Democracy Forward Foundation
1333 H Street NW
Washington, DC 20005
(202) 448-9090
jlewis@democracyforward.org
rthurston@democracyforward.org
bseel@democracyforward.org
slev@democracyforward.org

Mark A. Flessner
Stephen J. Kane
Rebecca Hirsch
Affirmative Litigation Division
City of Chicago Department of Law
121 N. LaSalle St., Room 600
Chicago, IL 60602
mark.flessner@cityofchicago.org
stephen.kane@cityofchicago.org
rebecca.hirsch2@cityofchicago.org

*Counsel for Plaintiff*

</div>
</div>