IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF CHICAGO,<br><br>  *Plaintiff*,<br><br>vs.<br><br>ALEX M. AZAR, II, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,<br><br>  *Defendants*. | Case No. 1:20-cv-1566 (TJK) |

## [PROPOSED] SCHEDULING ORDER

The parties have filed a joint status report requesting the entry of a schedule for briefing Plaintiff's Motion for a Preliminary Injunction or, in the Alternative, Expedited Summary Judgment. For the reasons set forth in that joint status report, the Court hereby ORDERS that:

1. Plaintiff's Motion for a Preliminary Injunction or, in the Alternative, Expedited Summary Judgment, shall be CONVERTED to a Motion for Summary Judgment.

2. The following schedule shall govern further proceedings in this Court:

- Any amicus briefs in support of Plaintiff will be due by **June 22, 2020**.

- Defendants' combined opposition to Plaintiff's motion and cross-motion for summary judgment, as well as the administrative record, will be due by **July 20, 2020**.

- Any amicus briefs in support of Defendants will be due by **July 24, 2020**.

- Plaintiff's combined reply in support of its motion and opposition to Defendants' cross-motion will be due by **July 27, 2020**.

- Defendants' reply in support of its cross-motion will be due by **August 3, 2020**.

- Defendants' obligation to answer is deferred pending resolution of the parties' cross-motions for summary judgment.

- Oral argument ~~will be scheduled for _____ at _____~~, will not be scheduled at this time.

SO ORDERED.

Dated: __6/22/20__

Hon. Timothy J. Kelly
United States District Judge