AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| City of Chicago | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-1566-TJK |
| Alex M. Azar, II | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae U.S. House of Representatives.

Date: 07/01/2020

/s/ Brianne J. Gorod
*Attorney's signature*

Brianne J. Gorod (DC Bar No. 982075)
*Printed name and bar number*
Constitutional Accountability Center
1200 18th Street NW, Suite 501
Washington, D.C. 20036

*Address*

brianne@theusconstitution.org
*E-mail address*

(202) 296-6889
*Telephone number*

*FAX number*