AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| City of Chicago ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-cv-1566-TJK |
| Alex M. Azar, II ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae U.S. House of Representatives.

Date:   07/01/2020                                    /s/ Elizabeth B. Wydra
                                                      *Attorney's signature*

                                    Elizabeth B. Wydra (DC Bar No. 483298)
                                    *Printed name and bar number*
                                    Constitutional Accountability Center
                                    1200 18th Street NW, Suite 501
                                    Washington, D.C. 20036

                                    *Address*

                                    elizabeth@theusconstitution.org
                                    *E-mail address*

                                    (202) 296-6889
                                    *Telephone number*

                                    *FAX number*