UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| CITY OF CHICAGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-01566 (TJK) |
| | ) | |
| ALEX M. AZAR, in his official capacity, U.S. | ) | |
| DEP'T OF HEALTH AND HUMAN | ) | |
| SERVICES, SEEMA VERMA, in her official | ) | |
| Capacity, and CENTERS FOR MEDICARE AND | ) | |
| MEDICAID SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

_____)

**NOTICE OF APPEARANCE**

Please take notice that undersigned counsel Amy Powell is counsel for Defendants in this

matter.  Ms. Powell's contact information is as follows:


Amy Powell
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov


Dated:  July 19, 2020                          Respectfully Submitted,

                                               ETHAN DAVIS
                                               Acting Assistant Attorney General

                                               ERIC BECKENHAUER
                                               Assistant Director, Federal Programs Branch

                                               */s/Amy E. Powell*
                                               AMY E. POWELL
                                               Trial Attorney, Federal Programs Branch
                                               Civil Division, Department of Justice
                                               c/o U.S. Attorney's Office

1

2

150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov