UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF CHICAGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-01566 (TJK) |
| | ) |
| ALEX M. AZAR, in his official capacity, U.S. DEP'T OF HEALTH AND HUMAN SERVICES, SEEMA VERMA, in her official Capacity, and CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss or for summary judgment, and other submissions of the parties, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that this action is DISMISSED.

**SO ORDERED.**

Dated: _____       _____
　　　　　　　　　　　　　　　　　　HON. TIMOTHY J. KELLY
　　　　　　　　　　　　　　　　　　U.S. District Court Judge