# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| CITY OF CHICAGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:20-cv-01566 (TJK) |
| | ) |
| ALEX M. AZAR, in his official capacity as | ) |
| Secretary of Health and Human Services, U.S. | ) |
| DEP'T OF HEALTH AND HUMAN | ) |
| SERVICES, SEEMA VERMA, in her official | ) |
| Capacity, and CENTERS FOR MEDICARE AND | ) |
| MEDICAID SERVICES, | ) |
| | ) |
| Defendants. | ) |

_____)

## DEFENDANTS' UNOPPOSED MOTION FOR EXPANSION OF THE PAGE LIMITATIONS

Defendants respectfully request an extra five pages (for a total of thirty pages) for their anticipated reply memorandum in support of Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.  Undersigned counsel has consulted with Plaintiff's counsel, who consents to this relief.

Pursuant to the scheduling order dated June 22, 2020, Defendants' reply memorandum is due today, August 3, 2020.  ECF No. 14.  Pursuant to Local Rule 7(e), reply memoranda are otherwise limited to twenty-five pages.  The cross-motions in this matter present complex statutory and regulatory issues, as well as threshold jurisdictional issues for the Court's consideration.  Counsel is endeavoring to be concise, but has determined that the additional pages are needed to thoroughly and accurately address issues raised in Plaintiff's combined opposition/reply.  Moreover, the small expansion of page limitations would be equitable.  To

date, Plaintiff's briefing (including their opening motion and combined opposition/reply) totals about 85 pages of briefing. *See* ECF Nos. 4, 20.  Defendants' opening brief (in support of the combined opposition and cross-motion) was 45 pages.  A total of thirty pages for Defendants' second brief is therefore not excessive.

Accordingly, Defendants respectfully request five additional pages for their reply memorandum.  Plaintiff's counsel has consented.

Dated:  August 3, 2020

Respectfully Submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Senior Trial Counsel, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov