**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITY OF CHICAGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-01566 (TJK) |
| ) | |
| ALEX M. AZAR, in his official capacity, U.S. ) | |
| DEP'T OF HEALTH AND HUMAN ) | |
| SERVICES, SEEMA VERMA, in her official ) | |
| Capacity, and CENTERS FOR MEDICARE AND ) | |
| MEDICAID SERVICES, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for an Expansion of the Page Limitations, it is hereby ORDERED that the motion is GRANTED. Defendants' reply memorandum should not exceed thirty pages.

**SO ORDERED.**

Dated: _____       _____
                                     HON. TIMOTHY J. KELLY
                                     U.S. District Court Judge