IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF CHICAGO,<br><br>      *Plaintiff*,<br><br>vs.<br><br>ALEX M. AZAR, II, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,<br><br>      *Defendants*. | Case No. 1:20-cv-1566 (TJK) |

**JOINT MOTION TO FILE ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n), the parties hereby jointly move to file the administrative record (attached to this filing) in lieu of a joint appendix. Local Rule 7(n)(1) directs the parties to "provide the Court with an appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon" in the parties' briefs. It also provides that, "[u]nless so requested by the Court, the entire administrative record shall not be filed with the Court." However, the administrative record in this case is not particularly voluminous, and the parties have cited to nearly all of the record in their briefs. For that reason, the parties believe that it will be more efficient and conducive to this Court's review to simply file the administrative record. However, the parties will promptly file an appendix containing only the cited portions of the record, should the Court deem it preferable.

Dated: August 6, 2020

Respectfully submitted,

*/s/ John T. Lewis*
John T. Lewis (D.C. Bar No. 1033826)
Robin F. Thurston (D.C. Bar No. 1531399)
Benjamin Seel (D.C. Bar No. 1035286)
Sean A. Lev (D.C. Bar No. 449936)
Democracy Forward Foundation
1333 H Street NW
Washington, DC 20005
(202) 448-9090
jlewis@democracyforward.org
rthurston@democracyforward.org
bseel@democracyforward.org
slev@democracyforward.org

Mark A. Flessner
Stephen J. Kane
Rebecca Hirsch
Affirmative Litigation Division
City of Chicago Department of Law
121 N. LaSalle St., Room 600
Chicago, IL 60602
mark.flessner@cityofchicago.org
stephen.kane@cityofchicago.org
rebecca.hirsch2@cityofchicago.org

*Counsel for Plaintiff*

ETHAN P. DAVIS
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Amy E. Powell*   (with consent)
AMY E. POWELL
Senior Trial Counsel, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

*Counsel for Defendants*