IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF CHICAGO,<br><br>　　　　*Plaintiff*,<br><br>　　vs.<br><br>ALEX M. AZAR, II, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,<br><br>　　　　*Defendants*. | Case No. 1:20-cv-1566 (TJK) |

**STIPULATION OF DISMISSAL**

　　The parties hereby stipulate to the dismissal of this matter without prejudice pursuant to Rule 41(a)(1)(A)(ii).[1] Each party will bear its own attorneys' fees and costs.

Dated: February 2, 2021

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ John T. Lewis*
　　　　　　　　　　　　　　　　　　　John T. Lewis (D.C. Bar No. 1033826)
　　　　　　　　　　　　　　　　　　　Robin F. Thurston (D.C. Bar No. 1531399)
　　　　　　　　　　　　　　　　　　　Benjamin Seel (D.C. Bar No. 1035286)
　　　　　　　　　　　　　　　　　　　Sean A. Lev (D.C. Bar No. 449936)
　　　　　　　　　　　　　　　　　　　Democracy Forward Foundation
　　　　　　　　　　　　　　　　　　　1333 H Street NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　(202) 448-9090
　　　　　　　　　　　　　　　　　　　jlewis@democracyforward.org
　　　　　　　　　　　　　　　　　　　rthurston@democracyforward.org
　　　　　　　　　　　　　　　　　　　bseel@democracyforward.org
　　　　　　　　　　　　　　　　　　　slev@democracyforward.org

---

[1] 　Plaintiff is dismissing this case in light of Defendants' recent announcement that they intend to open a special enrollment period in response to the novel coronavirus. *See 2021 Special Enrollment Period in Response to the COVID-19 Emergency*, CMS, https://www.cms.gov/newsroom/fact-sheets/2021-special-enrollment-period-response-covid-19-emergency (Jan. 28, 2021).

Stephen J. Kane
Rebecca Hirsch
Affirmative Litigation Division
City of Chicago Department of Law
121 N. LaSalle St., Room 600
Chicago, IL 60602
stephen.kane@cityofchicago.org
rebecca.hirsch2@cityofchicago.org

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Amy E. Powell*
AMY E. POWELL
Senior Trial Counsel, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

*Counsel for Defendants*